DGF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN F. HUTCHINS, Individually and On Behalf of All Others Similarly Situated, Plaintiff, vs. NBTY, INC., et al., Defendants. | : | Civil Action No. 2:10-cv-02159-LDW-WDW<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS |

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★ JUN 05 2013 ★
LONG ISLAND OFFICE

This matter having come before the Court on June 5, 2013, on Lead Plaintiff's motion for approval of the Plan of Distribution of the settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Settlement Agreement dated February 11, 2013, and filed with the Court.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Distribution.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Settlement Agreement among the Class Members, with due consideration having been given to administrative convenience and necessity. This Court finds and concludes that the Plan of Distribution, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Distribution.

4. The Court finds and concludes that the minimum distribution threshold of $10.00 as provided for in the Plan of Distribution is fair and reasonable and warranted to minimize expense and administrative costs to the Class.

* * *

IT IS SO ORDERED.

DATED: June 5, 2013
Central Islip, New York

s/ Leonard D. Wexler

THE HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE



843763_1